# MINUTES

CASE NUMBER: CV 13-00410JMS-BMK

CASE NAME: Robert Carl, et al. V. United States of America

ATTYS FOR PLA: Loretta A. Sheehan

ATTYS FOR DEFT: Harry Yee

INTERPRETER:

JUDGE: Barry M. Kurren     REPORTER: C7F

DATE: 10/26/2015     TIME: 3:02 - 3:06 p.m.

COURT ACTION: EP: Settlement on the Record held. Case settled. Terms stated. All dates and deadlines are VACATED.

A Stipulation for Dismissal is due 12/21/2015.

Submitted by kur2, law clerk.