FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:    Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ROBERT CARL AND SUNU CARL, | CIVIL NO. 13-00410 JMS BMK |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| UNITED STATES OF AMERICA | |
| Defendant. | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

　　　　IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or parties.  This stipulation may be signed in counterparts.

DATED: December 9, 2015, at Honolulu, Hawaii.

    FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

      /s/ Harry Yee
By_____
  HARRY YEE
  Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

DATED: December 8, 2015, at Honolulu, Hawaii.

      /s/ Loretta A. Sheehan
_____
MARK S. DAVIS, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
LORETTA A. SHEEHAN, ESQ.
MATTHEW C. WINTER, ESQ.
CLARE E. CONNORS, ESQ.
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, December 9, 2015.



   /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

Robert Carl and Sunu Carl v. United States of America; Civil No. 13-00410 JMS BMK; "Stipulation and Order for Dismissal with Prejudice"